UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Case No. 08-12667 (MEW)
    BOAZ BAGBAG,                                     Chapter 7

                              Debtor.

SUMMA CAPITAL CORP.,

                       Plaintiff,                           Adv. No. 20-02285(MEW)

- against -

BOAZ BAGBAG,

                       Defendant.
-----------------------------------------------------------X

## ORDER GRANTING AND DIRECTING RENEWAL JUDGMENT

On June 10, 2010, in *In re Boaz Bagbag, Debtor*, United States Bankruptcy Court, Southern District of New York, Case No. 08-12667 (AJG), this Court entered a money judgment in the Plaintiff, Summa Capital Corp.'s favor and against the Debtor-Defendant, Boaz Bagbag, for principal sum of $1,212,062.40, with interest to accrue thereon (the "Judgment").

This action was commenced prior to the expiration of the original Judgment's judgment lien, upon filing the Complaint on June 10, 2020.  The Defendant, Boaz Bagbag, appeared and filed an Answer in this Action (ECF # 8).  At a pre-trial conference conducted on November 24, 2020, the Defendant, Boaz Boagbag, advised the Court that he did not object to the entry of the renewal judgment against him, sought by this action.

The Plaintiff's Complaint alleges a *prima facie* case showing its entitlement to renewal of its Judgment. The Defendant elected not to proceed with the evidentiary trial which this Court scheduled to be held on December 3, 2010.

By the declaration of Howard Schulder, dated November 25, 2020, Summa showed that the principal amount of $1,146,000, plus accrued interest remains due and unpaid on the Judgment.

Accordingly it is

**ORDERED**, that Summa Capital Corp., is granted renewal judgment of the Judgment entered by this Court against Boaz Bagbag, minus any amount already collected on the judgment, applied first to the interest and then to the principal amount at the time of each collection, an amount no less that $1,146,000, with the statutory interest rate of 0.34% per annum thereafter; and it is further

**ORDERED**, that the Clerk of the Court is directed to issue and enter this renewal judgment accordingly.

Dated:   New York, NY
         December    , 2020

                                                                          _____
                                                                          United States Bankruptcy Judge