UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                         Case No. 08-12667 (MEW)

     BOAZ BAGBAG,                                       Chapter 7

                              **Debtor.**
_____

**SUMMA CAPITAL CORP.,**

                           **Plaintiff,**                    Adv. No. 20-02285(MEW)

- against -

**BOAZ BAGBAG,**

                           **Defendant.**
---------------------------------------------------------X

## DECLARATION OF HOWARD SCHULDER

Howard Schulder declares:

1.    I am the president of the Plaintiff, Summa Capital Corp. ("Summa" or the "Plaintiff").

2.    I have personal knowledge of the facts stated herein.

3.    I submit this declaration in connection with this Court entering an order and renewal judgment based on this action.

4.    After crediting the Defendant and Judgment Debtor, Boaz BAGBAG, for all payments received by Summa on account of the judgment entered in

Summa's favor June 10, 2010, in *In re Boaz Bagbag, Debtor*, United States Bankruptcy Court, Southern District of New York, Case No. 08-12667 (AJG), ECF # 105 (the "Judgment") since June 10, 2010, there remains $1,146,000, due and unpaid on the Judgment's principal amount.

5. As of today, accrued interest on the Judgment amounts to $40,747.232. [($1,146,000 x 0.34% = $3,896.40) x (10 years) = $38, 964.00 + ([dailyrate] $10.674 x 168 [days] = $1,793.232) = $40.747.232].

I declare the foregoing facts are true and correct, to the best of my knowledge, under penalties of perjury, pursuant to 28 U.S.C. § 1746.

Dated: New York, NY
     November 25, 2020

                                      __/s/   Howard Schulder_____
                                            Howard Schulder