| | |
|---|---|
| **WAYNE GREENWALD, P.C.** | Date of Presentment: December 4, 2030 |
| *Attorneys for the Plaintiff,* | Time of Presentment: 12:00 noon |
| *Summa Capital Corp.* | |
| at 475 Park Avenue South - 18th Floor | |
| New York, NY 10016 | |
| 212-983-1922 | |
| By: Wayne M. Greenwald | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. 08-12667 (MEW) |
|     BOAZ BAGBAG, | Chapter 7 |
|                       Debtor. | |

**SUMMA CAPITAL CORP.,**

                    Plaintiff,              Adv. No. 20-01185(MEW)

- against -

**BOAZ BAGBAG,**

                    Defendant.
--------------------------------------------------------X

**NOTICE OF PRESENTMENT OF**
**ORDER GRANTING AND DIRECTING RENEWAL JUDGMENT**
<u>**AND OPPORTUNITY FOR HEARING**</u>

      **PLEASE TAKE NOTICE**, that on December 4, 2020, at 12:00 noon, the undersigned will present the attached proposed order to the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004, for signature and entry as an order.

      **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court by December 4, 2020, by 12:00 noon. will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court may notify the order's proponent and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that the EC. docket number to which the filing relates will be included in the upper right-hand corner of the caption of all objections.

Dated: New York, NY
November 30, 2020

WAYNE GREENWALD, P.C.
*Attorneys for the Plaintiff,*
*Summa Capital Corp.*
at 475 Park Avenue South - 18th Floor
New York, NY 10016
212-983-1922

By: /S/ Wayne M. Greenwald Pres.
    Wayne M. Greenwald