UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X

*In Re* BOAZ BAGBAG,    Chapter 7

                      Debtor.    Case No. 08-12667 (MEW)

------------------------------------------- X

SUMMA CAPITAL CORP.,    Adv. No. 20-1185 (MEW)

                      Plaintiff,    **NOTICE OF APPEARANCE**

    -against-

BOAZ BAGBAG,

                      Defendant.
------------------------------------------- X

PLEASE TAKE NOTICE that Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, by Maureen T. Bass, appears as co-counsel for Defendant, Boaz Bagbag, in the above-captioned matter as of the date hereof.

Dated: April 29, 2021

                      ABRAMS, FENSTERMAN, FENSTERMAN,
                      EISMAN, FORMATO, FERRARA, WOLF &
                      CARONE, LLP

                      By: /s/ Maureen T. Bass
                          Maureen T. Bass, Esq.
                          160 Linden Oaks, Suite E
                          Rochester, New York 14625
                          (585) 218-9999
                          mbass@abramslaw.com
                          *Co-Counsel for Defendant Boaz Bagbag*

To: All parties (by ECF)