UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re:                                                                      Chapter 7

BOAZ BAGBAG,                                                        Case No. 08-12667 (MEW)

                  Debtor.

------------------------------------------------------------------------X
SUMMA CAPITAL CORP.,                                         Adv. Proc. No. 20-1185
                                                                                   (MEW)
                  Plaintiff,
    v.

BOAZ BAGBAG,

                  Defendant.
------------------------------------------------------------------------X

## ORDER PURSUANT TO RULE 9006(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SHORTENING NOTICE PERIOD FOR EMERGENCY MOTION OF PLAINTIFF FOR INJUNCTIVE RELIEF AGAINST DEFENDANT BOAZ BAGBAG

Upon the application (the "Application") of Plaintiff, Summa Capital Corp. ("Summa"), for entry of an order Shortening The Notice Period With Respect To Emergency Motion Of Plaintiff For Injunctive Relief Against Defendant Boaz Bagbag (the "Motion"), and for good cause shown:

IT IS HEREBY ORDERED THAT:

1.      The Application is granted.

**2.**      The Court shall consider the Motion at a telephonic hearing to be held on **May 21, 2021 at 11:00 a.m**.

3.      Any objection may be raised at the hearing.

4. On or before May 20, 2021, Summa shall serve a copy of this Order by email to the Debtor's counsel.

Dated: New York, New York
       May 20, 2021

/s/ **Michael E. Wiles**
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE
