UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 7

BOAZ BAGBAG,                                                                 Case No. 08-12667 (MEW)

                Debtor.
-----------------------------------------------------------------X
SUMMA CAPITAL CORP.,                                               Adv. Proc. No. 20-1185
                                                                        (MEW)
                Plaintiff,
      v.

BOAZ BAGBAG,

                Defendant.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      DAVID BOLTON hereby certifies as follows:

1.    I am not a party to this action.  I am over 21 years old.

2.    On May 20, 2021 I served a copy of the Order Pursuant To Rule 9006(c) of the Federal Rules of Bankruptcy Procedure Shortening Notice Period For Emergency Motion Of Plaintiff For Injunctive Relief Against Defendant Boaz Bagbag [ECF # 26] on the Debtor's counsel by email.

Dated: Garden City, New York
       May 21, 2021

                                                                                      DAVID BOLTON