**SHENWICK & ASSOCIATES**
122 East 42ND Street
Suite 620
new york, ny 10168
and
**116 Plymouth Drive**
**Scarsdale, NY 10583 (Administrative Office)**
telephone:  (212) 541-6224
fax:  (646) 218-4600
cell:  (917) 363-3391
Email: jshenwick@gmail.com
Website: http://sites.google.com/site/jshenwick
Blog: http://shenwick.blogspot.com

May 24, 2021

David Bolton, Esq
666 Old Country Road, Suite 509
Garden City, New York 11530
(516) 222-0600


Re: Summa Capital v Boaz Bagbag/Discovery


Dear David:

Effective Monday May 24th 2021, my Law Firm is now representing Mr. Boaz Bagbag in the reference adversary proceeding. My Law Firm will be handling discovery, with some assistance from Adam Pollack during this transition.

1. With respect to the interrogatories we can get you a revised signature page as soon as possible.

2. Judge Wiles indicated that objections are waived unless Mr. Bagbag can provide an excuse. My understanding is that Mr. Bagbag sent you a letter from his doctor.

3. Please see the attached CapitalOne credit card statements.

4. Mr. Bagbag is not an employee and does not receive a Form W-2.

5. Mr. Bagbag has ordered the bank statements you requested.

1

6. Mr. Bagbag has ordered the early 2020 statements, which will be ready in approximately 14 days.

Please confirm receipt of this letter. Your attention to this matter is appreciated. Jim Shenwick

                              Sincerely,

                              /s/ James H. Shenwick
                              James H. Shenwick

cc: Adam Pollock, Esq.