UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* <br><br> BOAZ BAGBAG, <br>          Debtor, <br><br> ─────────────────────── <br><br> SUMMA CAPITAL CORP., <br>          Plaintiff, <br>     v. <br> BOAZ BAGBAG, <br>          Defendant. | Case No. 08-12667 (MEW) <br><br><br><br><br> Adv. Proc. No. 20-1185 (MEW) |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that as of the date hereof, Shenwick & Associates is substituted as counsel of record for Boaz Bagbag in the above-referenced proceedings in place of Pollock Cohen LLP and Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP.

All notices, pleadings, applications, motions and other documents served and filed in the above-referenced proceedings directed to Boaz Bagbag should be served on:

> James H. Shenwick
> Shenwick & Associates
> 122 East 42nd St, Ste 620
> New York, New York 10168
> Telephone: (212) 541-6224
> Fax: (646) 218-4600
> Email: jshenwick@gmail.com

This stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same stipulation. A facsimile signature shall be sufficient to bind the parties as if it were an original signature.

Dated: May 24, 2021
      New York, NY

      SHENWICK & ASSOCIATES

      By: /s/ James H. Shenwick
      James H. Shenwick
      122 East 42nd St., Ste. 620
      New York, NY 10168
      (212) 541-6224
      jshenwick@gmail.com

      POLLOCK COHEN LLP

      By: /s/ *Adam L. Pollock*
      Adam L. Pollock
      60 Broad St., 24th Fl.
      New York, NY 10004
      (212) 337-5361
      adam@pollockcohen.com


      ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP

      By: /s/ *Maureen T. Bass*
      Maureen T. Bass
      160 Linden Oaks, Suite E
      Rochester, NY 14625
      (585) 218-9999
      mbass@abramslaw.com


Dated: May 28, 2021
      New York, NY


      SO ORDERED:

      **s/Michael E. Wiles**
      United States Bankruptcy Judge