**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
In re:                                                                      Chapter 7

**BOAZ BAGBAG,**                                                            Case No. 08-12667 (MEW)

           **Debtor.**

-------------------------------------------------------------------------X
**SUMMA CAPITAL CORP.,**                                                    Adv. Proc. No. 20-1185
                                                                            (MEW)
           **Plaintiff,**
   v.

**BOAZ BAGBAG,**

           **Defendant.**
-------------------------------------------------------------------------X

## DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

SUMMA CAPITAL CORP., plaintiff, hereby designates the following item to be included in the record on appeal on the appeal by the debtor defendant Boaz Bagbag of the order of the Honorable Michael E. Wiles Regarding Subject Matter Jurisdiction and Directing Compliance with Discovery in Stages, entered on May 6, 2021 (Dkt. 23):

| Designation No. | Docket No. | Docket Entry Date | Docket Description |
| --- | --- | --- | --- |
| 1. | 193 in 08-12667 | April 29, 2021 | Letter dated April 29, 2021 |

A copy of the document designated herein is attached hereto.

[remainder of page intentionally left blank]

Dated: Garden City, New York
       June 1, 2021

                                        Respectfully submitted,

                                        DAVID BOLTON, P.C.

                                        By:_____/s/_____
                                                David Bolton, Esq.
                                        666 Old Country Road, Suite 509
                                        Garden City, New York 11530
                                        (516) 222-0600

                                        Attorneys for Plaintiff Summa Capital Corp.