UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| *In Re* BOAZ BAGBAG, | Chapter 7 |
| Debtor. | Case No. 08-12667 (MEW) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| SUMMA CAPITAL CORP., | Adv. No. 20-1185 (MEW) |
| Petitioner, | **NOTICE OF APPEARANCE** |
| -against- | |
| BOAZ BAGBAG, | |
| Respondent. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, by Christopher A. Gorman, appears as co-counsel for debtor/respondent, Boaz Bagbag, in the above-captioned matter as of the date hereof.

Dated: June 3, 2021

                                                ABRAMS, FENSTERMAN, FENSTERMAN,
                                                EISMAN, FORMATO, FERRARA, WOLF &
                                                CARONE, LLP

                                                By: _____
                                                Christopher A. Gorman, Esq.
                                                3 Dakota Drive, Suite 300
                                                Lake Success, New York 11042
                                                (516) 328-2300
                                                cgorman@abramslaw.com
                                                *Co-Counsel for Debtor/Respondent*
                                                *Boaz Bagbag*

To: All parties (by ECF)