# ABRAMS AF FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP

*Attorneys at Law*

Christopher Gorman, Esq.
Partner
Email: cgorman@abramslaw.com

3 Dakota Drive, Suite 300
Lake Success, New York 11042
Phone: (516) 328-2300
Fax: (516) 325-6638
Fax Not For Legal Services

FIRM OFFICES
Brooklyn
New York
Rochester
White Plains

June 4, 2021

**VIA CM/ECF**

Hon. Michael E. Wiles, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

　　　Re:　*In re Boaz Bagbag*, Case No.: 08 br 12667 (MEW)
　　　　　*Summa Capital Corp. v. Boaz Bagbag*, Case No.: 20 ap 01185 (MEW)

Dear Judge Wiles:

　　Counsel for the parties continue to meet and confer and to that end, have consensually agreed to extend the return dates in connection with Plaintiff's request for a preliminary injunction. Both parties have consented to the attached stipulation and respectfully request Your Honor's consideration of the same and so-ordering the stipulation if deemed acceptable to the Court. We have included proposed placeholder dates, but will make any necessary revision as directed by the Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Christopher Gorman*
　　　　　　　　　　　　　　　　　Christopher Gorman

Cc:　　All counsel of record via ECF