UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BOAZ BAGBAG,

          Debtor.

Chapter 7

Case No.: 08-12667 (MEW)

SUMMA CAPITAL CORP.,

          Plaintiff,

- against -

BOAZ BAGBAG,

          Defendant.

Adv. No. 20-1185 (MEW)

## STIPULATION

1. Whereas, on May 21, 2021, this Court entered a Scheduling Order and Temporary Restraining Order providing: (1) a hearing on the request for injunctive relief will be heard on June 9, 2021 (the "Hearing"); (2) Boaz Bagbag shall file any objections or other responses to the requested relief on or before June 4, 2021 ("Objections"); (3) Summa Capital Corp. shall reply to the objections/responses on or before June 8, 2021 at 12:00 noon ("Reply"); and (4) pending the hearing and determination of the request for injunctive relief, Boaz Bagbag and his attorneys are temporarily restrained from taking any actions to pursue or to seek relief with respect to the Third, Fourth and Firth Causes of Action asserted in the Second Amended Complaint dated May 14, 2020 filed in the Supreme Court of the State of New York, County of New York, under Index No. 161205/2020 (the "TRO") (Dkt. 31).

2. Whereas, Boaz Bagbag and Summa Capital Corp. have agreed to adjourn the dates cited above as follows:

1

    a. Hearing shall be scheduled for July 14, 2021 at 10:00 am. or such other date and time as is convenient for the court.

    b. Objections, if any, shall be filed and served no later than July 2, 2021.

    c. Reply, if any, shall be filed and served no later than July 13, 2021 at 12:00 noon.

3. The TRO shall remain in full force and effect until further order of this Court.

Dated: June 4, 2021

**ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP**

_____
Christopher A. Gorman, Esq.
3 Dakota Drive, Suite 300
Lake Success, New York 11042
Telephone: (516) 328-2300
Email: cgorman@abramslaw.com
*Co-Counsel for Debtor/Defendant Boaz Bagbag*

Dated: June 4, 2021

**DAVID BOLTON, P.C.**

_____
666 Old Country Road, Suite 509
Garden City, New York 11530
Telephone: (516) 222-0600
Email: dbolton@dboltonlaw.com
*Attorneys for Summa Capital Corp.*

Dated: June __, 2021
      New York, New York

SO ORDERED:

_____
Hon. Michael E. Wiles
United States Bankruptcy Judge

2