UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                    Chapter 7

BOAZ BAGBAG,                                               Case No. 08-12667 (MEW)

                              Debtor.

-------------------------------------------------------------------X

SUMMA CAPITAL CORP.,                                      Adv. Proc. No. 20-1185
                                                          (MEW)
                    Plaintiff,

        v.

BOAZ BAGBAG,

                    Defendant.

-------------------------------------------------------------------X

## **STIPULATION**

1.      Whereas, on May 21, 2021, this Court issued a Scheduling Order and Temporary

Restraining Order providing: (1) a hearing on the request for injunctive relief will be heard on June

9, 2021 (the "Hearing"); (2) Boaz Bagbag shall file any objections or other responses to the

requested relief on or before June 4, 2021 ("Objections"); (3) Summa Capital Corp. shall reply to

the Objections on or before June 8, 2021 at 12:00 noon ("Reply"); and (4) pending the hearing and

determination of the request for injunctive relief, Boaz Bagbag and his attorneys are temporarily

restrained from taking any actions to pursue or seek relief with respect to the Third, Fourth and

Fifth Causes of Action asserted in the Second Amended Complaint filed on May 14, 2021 in the

Supreme Court of the State of New York, County of New York, under Index No. 161205/2020

(the "TRO") (Dkt. 31).

2.      Whereas, on June 7, 2021, this Court so-ordered a prior Stipulation, which (1)

adjourned the Hearing to July 14, 2021; (2) required Boaz Bagbag to file his Objections no later

than June 23, 2021; and (3) required Summa Capital Corp. to file its Reply no later than July 7, 2021.

3.      Whereas, Boaz Bagbag and Summa Capital Corp. have agreed to further adjourn the dates cited above because of ongoing settlement discussions between the parties.

4.      Whereas, Boaz Bagbag and Summa Capital Corp. have agreed to adjourn the dates cited above as follows:

    a.   Hearing shall be scheduled for August 13, 2021 at 10:00 a.m.

    b.   Objections, if any, shall be filed and served no later than July 23, 2021.

    c.   Reply, if any, shall be filed and served no later than August 6, 2021.

5.      The TRO shall remain in full force and effect until further order of this Court.

Dated: June 18, 2021                                    Dated: June 18, 2021

**ABRAMS, FENSTERMAN,**                    **DAVID BOLTON, P.C.**
**FENSTERMAN, EISMAN, FORMATO,**
**FERRARA, WOLF & CARONE, LLP**

/s/ Christoper A. Gorman, Esq.                  /s/ David Bolton, Esq.
Christopher A. Gorman, Esq.                     David Bolton, Esq.
3 Dakota Drive, Suite 300                         666 Old County Road, Suite 509
Lake Success, New York 11042                 Garden City, New York 11530
Telephone: (516) 328-2300                        Telephone: (516) 222-0600
Email: cgorman@abramslaw.com              Email: dbolton@dboltonlaw.com
*Co-Counsel for Debtor/Defendant Boaz*     *Attorneys for Summa Capital Corp.*
*Bagbag*

Dated:  June ___, 2021                             **SO ORDERED:**
       New York, New York

_____
Hon. Michael E. Wiles
United States Bankruptcy Judge