USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/09/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- :
IN RE: :
:
BOAZ BAGBAG, :
: 21-CV-5530 (ALC)
Debtor, :
: **ORDER**
_____ :
:
BOAZ BAGBAG, :
:
Appellant, :
:
v. :
:
SUMMA CAPITAL CORP., :
:
Respondent. :
:
-------------------------------------------------------------------- :

**ANDREW L. CARTER, JR., District Judge:**

On June 24, 2021, Appellant Boaz BagBag (hereinafter, "Appellant" or "Mr. Bagbag") filed a Notice of Appeal in the Bankruptcy Court for the Southern District of New York, which was subsequently docketed in this Court. ECF No. 1.

On July 7, 2021, Appellant filed a Motion for Voluntary Dismissal of Appeal stating that the parties to the appeal stipulated and agreed that the appeal shall be dismissed and that both sides shall bear their own costs on appeal.

Appellant's motion is hereby **GRANTED**. Fed. R. Bankr. Proc. 8023 ("The clerk of the district court or BAP must dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due.").

The Clerk of Court is directed to close this case.

**SO ORDERED.**

**Dated:**     **July 9, 2021**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
United States District Judge